**STATE ex ZANVILLE v TOLEDO** (city) et

Ohio Appeals, 6th Dist, Lucas Co

No· 2936.   Decided May 21, 1934

Kaplan & Zanville, Toledo, for relator.
Ralph W. Doty, Director of Law, Toledo, and A. E. Simmons, Toledo, for respondents.

## OPINION

By WILLIAMS, J.

It is clear that the so-called fee which a traffic violator is permitted to pay. within 48 hours, and thereby be released from prosecution for a traffic violation, is not a bill due the city within the meaning of the language of the scrip ordinance.  The City could not maintain an action against a traffic violator for such fee.  He simply had the privilege of making such a payment in money within the prescribed time to avoid a prosecution and the penalty or fine which could be imposed upon conviction.  The so-called fee of $1.00 is in itself in the nature of a penalty or forfeiture and could not be set off as a "Bill" against scrip owned and held by the traffic violator.

Petition dismissed and writ of mandamus refused.

RICHARDS and LLOYD, JJ, concur.